**Order entered March 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01151-CV

### BRIAN PLEMONS, Appellant

### V.

### COTTAGES AT HICKORY CROSSING, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04690-D**

## ORDER

The clerk's record in this appeal has not been filed. On December 10, 2018, Dallas County Clerk John F. Warren filed a copy of a letter sent to appellant informing appellant the clerk's record would not be filed until he paid the fee for preparation of the record. Appellant, however, filed a statement of inability to pay costs on October 2, 2018 in the county court and nothing before us reflects the county court signed an order requiring him to pay costs. Accordingly, we **ORDER** Mr. Warren to file the clerk's record, without payment of costs, no later than March 15, 2019. *See* TEX. R. CIV. P. 145(a).

We note the reporter's record has not been filed because appellant has not requested it. By letter dated December 27, 2018, we cautioned appellant that the appeal would be submitted without the reporter's record unless he notified the Court, within ten days, that he had requested

the record.  *See* TEX. R. APP. P. 37.3(c).  To date, appellant has not responded.  Accordingly, we **ORDER** the appeal submitted without the reporter's record.  *See id.*  We further **ORDER** appellant to file his brief within thirty days of the filing of the clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    KEN MOLBERG
        JUSTICE